UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATIVITA ST. LOUIS,

                       Plaintiff,

  -against-

NEW YORK CITY HEALTH AND HOSPITAL
CORPORATION, WOODHULL MEDICAL AND
MENTAL HEALTH CENTER, ALPHER SYLVESTER,
Individually and as aider and abettor, and ASTA
MOORHEAD, Individually and as aider and abettor,

                       Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV-1836 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 1, 2010, granting defendants' motion to dismiss plaintiff's Title VII and § 1983 claims; declining to exercise jurisdiction over plaintiff's remaining state law claims; dismissing plaintiff's NYSHRL and NYCHRL claims without prejudice; and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss plaintiff's Title VII and § 1983 claims is granted; that the Court declines to exercise jurisdiction over plaintiff's remaining state law claims; that plaintiff's NYSHRL and NYCHRL claims are dismissed without prejudice; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       February 02, 2010

                                            ROBERT C. HEINEMANN
                                            Clerk of Court